FILED

April 8, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        LD
                                    Deputy


**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**6:25-CR-00099**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) MICHAEL JOHN ANTHONY SOTO<br>(2) ANTHONY FUENTES<br><br>Defendants | I N D I C T M E N T<br><br>[COUNT ONE: 18 U.S.C. 371 {18 U.S.C. 922(a)(6)} – Conspiracy to Make a False Statement During Purchase of a Firearm; COUNT TWO, COUNT THREE; COUNT FOUR, COUNT FIVE and COUNT SIX: 18 U.S.C. 922(a)(6) & 924(a)(2) – False Statement During Purchase of a Firearm; 18 U.S.C. 2 – Aiding and Abetting] |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. 371 {18 U.S.C. 922(a)(6)}]

Beginning on or about October 1, 2022, and continuing until on or about December 31, 2023, the exact dates unknown to the Grand Jury, in the Western District of Texas, and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree to violate Title 18, United States Code, Section 922(a)(6), that is, to knowingly make a false and fictitious written statement to a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, in connection with the acquisition of a firearm as to facts material to the lawfulness of the sale of a firearm.

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its objectives, the Defendants, **MICHAEL JOHN ANTHONY SOTO** and **ANTHONY FUENTES,** and other known and unknown to the Grand Jury, committed, and caused to be committed, at least one of the following overt acts:

1. On or about January 9, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 26, 9mm pistol bearing serial number BYAC353 from Cabela's, a licensed dealer of firearms in Waco, Texas.

2. On or about January 9, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 26, 9mm pistol bearing serial number BYAC353 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

3. On or about January 10, 2023, ANTHONY FUENTES sent MICHAEL JOHN ANTHONY SOTO $296 VIA Apple Cash in partial payment for the Glock 26, 9mm pistol bearing serial number BYAC353.

4. On or about January 19, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 26, 9mm pistol bearing serial number AGVB322 from Fun Guns, a licensed dealer of firearms in Waco, Texas..

5. On or about January 19, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 26, 9mm pistol bearing serial number AGVB322 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

6. On or about February 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 23, .40 caliber pistol bearing serial number BXZZ285 from Fun Guns, a licensed dealer of firearms in Waco, Texas.

7. On or about February 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 23, .40 caliber pistol bearing serial number BXZZ285 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

8. On or about July 13, 2023, and July 22, 2023, ANTHONY FUENTES messaged MICHAEL JOHN ANTHONY SOTO via Telegram requesting that SOTO purchase a Glock 19, a Glock 23, and a Glock 27 on ANTHONY FUENTES' behalf.

9. On or about July 23, 2023, MICHAEL JOHN ANTHONY SOTO messaged ANTHONY FUENTES via Telegram that there was a Glock 19X available at Cabela's in Waco, Texas.

10. On or about July 23, 2023, MICHAEL JOHN ANTHONY SOTO messaged ANTHONY FUENTES via Telegram that Academy "has the 27" and then texted screen shots of a Glock 27 Gen 5 available at Academy in Waco, Texas.

11. On July 24, 2023, ANTHONY FUENTES messaged an unknown individual via Telegram that he has a "23gen 5" for sale that he is picking up from Texas.

12. On July 24, 2023, ANTHONY FUENTES messaged an unknown individual via Telegram that he has a "Glock 19x" for sale that he is picking up from Texas.

13. On July 25, 2023, MICHAEL JOHN ANTHONY SOTO and ANTHONY FUENTES messaged via Telegram wherein MICHAEL JOHN ANTHONY SOTO said he was getting "19X and 23".

14. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 19X, 9mm pistol bearing serial number CATE583 from Cabela's, a licensed dealer of firearms in Waco, Texas.

15. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 19X, 9mm pistol bearing serial number CATE583 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

16. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 23 GEN 5, .40 caliber pistol bearing serial number CABY414 from Cabela's, a licensed dealer of firearms in Waco, Texas.

17. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the 23 GEN 5, .40 caliber pistol bearing serial number CABY414 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

18. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 19X, 9mm pistol bearing serial number CATM917 from Academy, a licensed dealer of firearms in Waco, Texas.

19. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 19X, 9mm pistol bearing serial number CATM917 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

20. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 27, .40 caliber pistol bearing serial number BWMV899 from Academy, a licensed dealer of firearms in Waco, Texas.

21. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 27, .40 caliber pistol bearing serial number BWMV899 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

22. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO purchased a Glock 26, 9mm pistol bearing serial number AHGS193 from Academy, a licensed dealer of firearms in Waco, Texas.

23. On or about July 25, 2023, MICHAEL JOHN ANTHONY SOTO certified in writing that he was the actual buyer/transferee of the Glock 26, 9mm pistol bearing serial number AHGS193 sold to him that day, when, in fact, as MICHAEL JOHN ANTHONY SOTO then well knew, defendant ANTHONY FUENTES was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### [18 U.S.C. 2 and 922(a)(6) & 924(a)(2)]

On or about January 9, 2023, in the Western District of Texas and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

in connection with the acquisition of the following firearm, to-wit:

| Firearm | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Semiautomatic Pistol | Glock | 26 | 9mm | BYAC353 |

did knowingly aid and abet each other in making a false and fictitious written statement to Cabela's, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that MICHAEL JOHN ANTHONY SOTO falsely represented that he was the actual buyer of the firearm(s), when, in fact, defendant ANTHONY FUENTES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 2 and 922(a)(6) and 924(a)(2).

## COUNT THREE
### [18 U.S.C. 2 and 922(a)(6) & 924(a)(2)]

On or about January 19, 2023, in the Western District of Texas and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

in connection with the acquisition of the following firearm, to-wit:

| Firearm | Manufacturer | Model | Caliber | Serial Number |
|---------|--------------|-------|---------|---------------|
| Semiautomatic Pistol | Glock | 26 | 9mm | AGVB322 |

did knowingly aid and abet each other in making a false and fictitious written statement to Fun Guns, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Fun Guns as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that MICHAEL JOHN ANTHONY SOTO falsely represented that he was the actual buyer of the firearm(s), when, in fact, defendant ANTHONY FUENTES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 2 and 922(a)(6) and 924(a)(2).

## COUNT FOUR
### [18 U.S.C. 2 and 922(a)(6) & 924(a)(2)]

On or about February 25, 2023, in the Western District of Texas and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

in connection with the acquisition of the following firearm, to-wit:

| Firearm | Manufacturer | Model | Caliber | Serial Number |
|---------|--------------|-------|---------|---------------|
| Semiautomatic Pistol | Glock | 23 | .40 Caliber | BXZZ285 |

did knowingly aid and abet each other in making a false and fictitious written statement to Fun Guns, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Fun Guns as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that MICHAEL JOHN ANTHONY SOTO falsely represented that he was the actual buyer of the firearm(s), when, in fact, defendant

ANTHONY FUENTES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 2 and 922(a)(6) and 924(a)(2).

## COUNT FIVE
**[18 U.S.C. 2 and 922(a)(6) & 924(a)(2)]**

On or about July 25, 2023, in the Western District of Texas and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

in connection with the acquisition of at least one of the following firearms, to-wit:

| Firearm | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Semiautomatic Pistol | Glock | 19X | 9mm | CATE583 |
| Semiautomatic Pistol | Glock | 23 Gen 5 | .40 cal | CABY414 |

did knowingly aid and abet each other in making a false and fictitious written statement to Cabela's, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that MICHAEL JOHN ANTHONY SOTO falsely represented that he was the actual buyer of the firearm(s), when, in fact, defendant ANTHONY FUENTES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 2 and 922(a)(6) and 924(a)(2).

## COUNT SIX
**[18 U.S.C. 2 and 922(a)(6) & 924(a)(2)]**

On or about July 25, 2023, in the Western District of Texas and elsewhere, the Defendants,

**MICHAEL JOHN ANTHONY SOTO,**
and
**ANTHONY FUENTES,**

in connection with the acquisition of at least one of the following firearms, to-wit:

| Firearm | Manufacturer | Model | Caliber | Serial Number |
|---|---|---|---|---|
| Semiautomatic Pistol | Glock | 19X | 9mm | CATM917 |
| Semiautomatic Pistol | Glock | 27 | .40 cal | BWMV899 |
| Semiautomatic Pistol | Glock | 26 | 9mm | AHGS193 |

did knowingly aid and abet each other in making a false and fictitious written statement to Academy, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Academy as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that MICHAEL JOHN ANTHONY SOTO falsely represented that he was the actual buyer of the firearm(s), when, in fact, defendant ANTHONY FUENTES was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Sections 2 and 922(a)(6) and 924(a)(2).

A TRUE BILL



FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: _____
CHRISTOPHER M. BLANTON
Assistant United States Attorney